*Manistee Circuit—In Chancery.*

## S. W. FOWLER

### vs.

## HENRY J. HANNIFORD AND WIFE AND ALONZO R. LEANDER.

*Demurrer—Wife as Party.*

A wife is not a necessary party defendant to a bill to set aside a fraudulent conveyance signed by her with her husband.

A bill in Chancery was filed to set aside and vacate as fraudulent a deed of certain lands, executed by Henry J. Hanniford and wife to one Alonzo R. Leander.

Said Hanniford and wife, and said Leander were made defendants.

The bill was demurred to on the ground that the wife was not a necessary party to the bill.

The Court, JUDKINS, J., sustained the demurrer, but without costs, holding that the wife had no interest in the case that would justify making her a party to the proceedings.

(May, 1882.)

*S. W. Fowler* for Plaintiff

*D. S. Harley* for Defendant.